U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–2261.   KIM ET AL. *v.* TAYLOR ET AL., *ante*, p. 833;

No. 82–84.   GENS ET AL. *v.* UNITED STATES, *ante*, p. 906;

No. 82–487.   STULBACH *v.* UNITED STATES PATENT AND TRADEMARK OFFICE, *ante*, p. 972;

No. 82–514.   MORTON *v.* PROVIDENCE HOSPITAL, *ante*, p. 945;

No. 82–5372.   MA *v.* COMMUNITY BANK, *ante*, p. 962;

No. 82–5386.   RESPRES *v.* GEORGIA, *ante*, p. 975; and

No. 82–5488.   WAYLAND *v.* INTERNAL REVENUE SERVICE ET AL., *ante*, p. 984.   Petitions for rehearing denied.

DECEMBER 13, 1982

No. 81–583.   BENEFICIAL FINANCE OF KANSAS, INC. *v.* UNITED STATES ET AL.   Appeal from C. A. 10th Cir. dismissed as moot.

No. 82–640.   PALMGREN ET AL. *v.* KANSAS EX REL. MURRAY, COUNTY ATTORNEY OF THOMAS COUNTY, KANSAS, ET AL.   Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 82–691.   PERLMAN ET AL. *v.* ATTORNEY GENERAL OF NEW JERSEY ET AL.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 82–5074.   BOVE *v.* NEW JERSEY.   Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 82–5630.   TAYLOR *v.* TEXAS.   Appeal from Ct. App. Tex., 2d Sup. Jud. Dist., dismissed for want of substantial federal question.